UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN DOSS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC., et al.,<br><br>    Defendants. | Case No.  15-cv-01225-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On March 16, 2015, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Tigar to determine whether it is related to *Balero v. Lumber Liquidiators, Inc. et al.*, Case No. 15-cv-1005-JST (N.D. Cal., filed March 4, 2015).

**IT IS SO ORDERED.**

Dated: March 19, 2015

Donna M. Ryu
United States Magistrate Judge